# Court of Appeals
# of the State of Georgia

ATLANTA, <u>October 29, 2025</u>

*The Court of Appeals hereby passes the following order:*

## A26D0154. JUDITH HURT v. MEDLINK GEORGIA, INC.

Medlink Georgia, Inc. ("Medlink Georgia"), filed this dispossessory action against Judith Hurt in magistrate court. Following an adverse judgment in magistrate court, Hurt sought superior court review. On September 16, 2025, the superior court issued a writ of possession in favor of Medlink Georgia. On September 18, 2025, the superior court issued a final order dismissing the case. On October 17, 2025, Hurt filed this application for discretionary review of the superior court's orders. We lack jurisdiction.

Appeals in dispossessory actions, including applications for discretionary review, must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56(b)(1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516–17 (915 SE2d 91) (2025); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335–36 (715 SE2d 752) (2011). The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). The instant application is untimely because it was filed 29 days after the superior court's final order.[1]

---

[1] Hurt has filed an "Emergency Motion to Correct Jurisdiction," in which she states that she filed a timely direct appeal on September 19, 2025. However, the application materials do not contain any notice of appeal filed on that date. Furthermore, because this case involves superior court review of a magistrate court decision, it is subject to the discretionary appeal procedure, which requires that a

For the foregoing reasons, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  *10/29/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

discretionary application be timely filed in the appellate court. See OCGA § 5-6-35(a)(1), (d). Thus, Hurts's application is untimely, and to the extent she requests relief in her emergency motion, the motion is hereby DENIED.